**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JAMES CLEM, Derivatively on Behalf of WALGREENS BOOTS ALLIANCE, INC., <br><br> Plaintiff, <br><br> v. <br><br> JAMES A. SKINNER, STEFANO PESSINA, WILLIAM C. FOOTE, NANCY M. SCHLICHTING, GINGER L. GRAHAM, DAVID J. BRAILER, JANICE M. BABIAK, DOMINIC P. MURPHY, JOHN A. LEDERER, JOSÉ E. ALMEIDA, GEORGE R. FAIRWEATHER, and LEONARD D. SCHAEFFER, <br><br> Defendants, <br> -and- <br><br> WALGREENS BOOTS ALLIANCE, INC., a Delaware corporation, <br><br> Nominal Defendant. | Case No. 1:21-cv-00406-GBW |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
OF SETTLEMENT**

Plaintiff James Clem respectfully moves this Court unopposed for entry of the [Proposed] Preliminary Approval Order, which (i) grants preliminary approval of the proposed Settlement embodied in the Stipulation and Agreement of Settlement dated July 9, 2024 (the "Stipulation");[1] (ii) approves the form and content of the Notice to Current Walgreens Stockholders; and (iii) sets a date for a hearing to consider final approval of the Settlement.

Dated: July 10, 2024

**COOCH AND TAYLOR, P.A.**

*/s/ Blake A. Bennett*
Blake A. Bennett (#5133)
The Brandywine Building
1000 N. West Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 984-3800
Facsimile:  (302) 984-3939
E-mail: bbennett@coochtaylor.com

*Attorneys for Plaintiff*

OF COUNSEL:

**ROBBINS LLP**
Brian J. Robbins
Stephen J. Oddo
Eric M. Carrino
5060 Shoreham Place, Suite 300
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@robbinsllp.com
        soddo@robbinsllp.com
        ecarrino@robbinsllp.com

1670112

---

[1] Unless noted otherwise, all capitalized terms used herein shall have the same meaning as set forth in the Stipulation, which is filed concurrently herewith as Exhibit 1 to the Declaration of Stephen J. Oddo in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Settlement.

## CERTIFICATE OF SERVICE

      I hereby certify the foregoing Plaintiff's Unopposed Motion for Preliminary Approval of Settlement will be served upon all counsel of record in this action via the U.S. District Court CM/ECF System on this 10th day of July 2024.

                                                */s/ Blake A. Bennett*
                                                Blake A. Bennett (#5133)