**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JAMES CLEM, Derivatively on Behalf of WALGREENS BOOTS ALLIANCE, INC., <br><br>    Plaintiff, <br><br>        v. <br><br>JAMES A. SKINNER, STEFANO PESSINA, WILLIAM C. FOOTE, NANCY M. SCHLICHTING, GINGER L. GRAHAM, DAVID J. BRAILER, JANICE M. BABIAK, DOMINIC P. MURPHY, JOHN A. LEDERER, JOSÉ E. ALMEIDA, GEORGE R. FAIRWEATHER, and LEONARD D. SCHAEFFER, <br><br>    Defendants, <br>    -and- <br><br>WALGREENS BOOTS ALLIANCE, INC., a Delaware corporation, <br><br>    Nominal Defendant. | Case No. 1:21-cv-00406-GBW |

**NOTICE OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF
DERIVATIVE SETTLEMENT, AWARD OF ATTORNEYS' FEES AND EXPENSES,
<u>AND SERVICE AWARD</u>**

PLEASE TAKE NOTICE that on January 23, 2025, plaintiff James Clem ("Plaintiff") will move before the Honorable Gregory B. Williams, United States District Judge for the United States District Court for the District of Delaware, J. Caleb Boggs Federal Building, 844 N. King Street, Unit 26, Room 6124, Wilmington, Delaware 19801, for entry of the [Proposed] Order and Final Judgment, and for such other relief as the Court deems appropriate (the "Motion").

In support of this Motion, Plaintiff relies upon the accompanying Memorandum of Points and Authorities in Support of Motion for Final Approval of Derivative Settlement, Award of Attorneys' Fees and Expenses, and Service Award; the Declaration of Stephen J. Oddo in Support of Plaintiff's Motion for Final Approval of Derivative Settlement, Award of Attorneys' Fees and Expenses, and Service Award, and the exhibits attached thereto; and all other evidence and argument that may be presented prior to the Court's decision on the Motion.

Dated: December 23, 2024

Respectfully submitted,

**COOCH AND TAYLOR, P.A.**

/s/ *Blake A. Bennett*
Blake A. Bennett (#5133)
The Brandywine Building
1000 N. West Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 984-3800
Facsimile:  (302) 984-3939
E-mail: bbennett@coochtaylor.com

*Attorneys for Plaintiff*

OF COUNSEL:

**ROBBINS LLP**
Brian J. Robbins
Stephen J. Oddo
5060 Shoreham Place, Suite 300
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@robbinsllp.com
          soddo@robbinsllp.com

1683857

## CERTIFICATE OF SERVICE

I hereby certify the foregoing Plaintiff's Motion for Final Approval of Derivative Settlement, Award of Attorneys' Fees and Expenses, and Service Award will be served upon all counsel of record in this action via the U.S. District Court CM/ECF System on this 23rd day of December 2024.

*/s/ Blake A. Bennett*
BLAKE A. BENNETT
